IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL MELLENTHIN, EUGENE BARROW, and ACCESS NOW, INC. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY'S GENERAL STORES, INC.,<br><br>Defendant. | Case No. 17-CV-68-NJR-GCS |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that Plaintiff Eugene Barrow was dismissed pursuant to a stipulation filed by the parties on January 31, 2018, and the Court's Order dated February 21, 2018 (Docs. 53 and 58).

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order dated March 4, 2019 (reflecting that the action has settled in its entirety) (Doc. 91), this entire action is **DISMISSED with prejudice**.

DATED:  May 9, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By: s/ Deana Brinkley
      Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge